■ JAMES KELLEY et al., Respondents, v KATHY THRASHER, Appellant. [816 NYS2d 397]—Appeal from a judgment of the Supreme Court, Chautauqua County (Frederick J. Marshall, J.), entered January 3, 2005. The judgment, entered after a nonjury trial, adjudged that defendant is enjoined and restrained from trespassing upon plaintiffs' property.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Scudder, Martoche, Smith and Hayes, JJ.